AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Delaware

Cargill, Incorporated

*Plaintiff(s)*

v.

AAK USA Inc.

*Defendant(s)*

Civil Action No.1:26-cv-01286-UNA

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* AAK USA Inc.
c/o CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Kelly E. Farnan
Richards, Layton & Finger, P.A.
920 N. King St.
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT ★ DISTRICT OF DELAWARE ★

*CLERK OF COURT*

Date: 10/07/2026

John Arrow

*Signature of Clerk or Deputy Clerk*

Case 1:26-cv-01286-UNA Document 7 Filed 10/07/26 Page 2 of 2 PageID #: 108

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:26-cv-01286-UNA

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* AAK USA INC.

was received by me on *(date)* 10/07/2026 .

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______ , a person of suitable age and discretion who resides there, on *(date)* ______ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* CORPORATION SERVICE COMPANY, AS AGENT, ACCEPTED BY MS. DENISE (MANAGING AGENT EMPLOYED AT REG. AGENT) , who is designated by law to accept service of process on behalf of *(name of organization)* AAK USA INC. 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808 on *(date)* 10/07/2026 ; or

☐ I returned the summons unexecuted because ______ ; or

☐ Other *(specify)*:

My fees are $ ______ for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 10/07/2026

*Server's signature*

GILBERT DEL VALLE PROCESS SERVER

*Printed name and title*

BRANDYWINE PROCESS SERVERS, LLC
PO BOX 1360, WILMINGTON, DE 19899
302-475-2600

*Server's address*

Additional information regarding attempted service, etc:

Served Summons, Motion for Leave to File Complaint Under Seal, Proposed Order, Sealed Complaint, Civil Cover sheet, Notice re US Magistrate Judge Jurisdiction, Exhibits A-G to the Complaint, Reporter to the Commissioner for PTM, 7.1 Corporate Disclosure Statement